United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tiffany C Overton-West  
    Debtor

Case No. 17-10676-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 2     Date Rcvd: Aug 17, 2017  
                   Form ID: pdf900     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2017.

```
db             +Tiffany C Overton-West,    236 Laurel Road,    Sharon Hill, PA 19079-1324
13858967       +1stprogress/1stequity/,    Po Box 84010,    Columbus, GA 31908-4010
13858968        Aes/efs Finance Co,    900 Equitable Building,    Des Moines, IA 50309
13858970        Aqua PA,    762 West Lancaster Avenue,    Bryn Mawr, PA 19010-3489
13858971        Aqua Pennsylvania,    762 W. Lancaster Avenue,    Bryn Mawr, PA 19010-3489
13858972       +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
13858974       +Capital One Auto Finance,    Attn: Bankruptcy Dept,    Po Box 30258,
                 Salt Lake City, UT 84130-0258
13858975       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13869962       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcy@phila.gov Aug 18 2017 01:40:35     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2017 01:40:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 18 2017 01:40:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 18 2017 01:41:39
                 Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX  75016,    UNITED STATES 75016-5028
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2017 01:41:36     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13862110       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 18 2017 01:41:30
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 165028,    Irving, TX 75016-5028
13862105       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 18 2017 01:41:47
                 Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13858977       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 18 2017 01:40:07      PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13879243       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 18 2017 01:40:07      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13930410        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2017 01:41:40
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13858976       +E-mail/Text: blegal@phfa.org Aug 18 2017 01:40:26     Pa Housing Finance Age,    Po Box 8029,
                 Harrisburg, PA 17105-8029
13858978       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 18 2017 01:40:07      Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13930469       +E-mail/Text: blegal@phfa.org Aug 18 2017 01:40:26     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
13859415       +E-mail/Text: equiles@philapark.org Aug 18 2017 01:40:50     Philadelphia Parking Authority,
                 701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13858980       +E-mail/Text: consumerlending@sunfcu.org Aug 18 2017 01:40:32     Sun Federal Credit Uni,
                 1627 Holland Rd,    Maumee, OH 43537-1622
13858981       +E-mail/Text: bankruptcydepartment@tsico.com Aug 18 2017 01:40:50     Transworld Systems Inc,
                 Po Box 15618,    Wilmingotn, DE 19850-5618
                                                                                              TOTAL: 16
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
13858969*       Aes/efs Finance Co,    900 Equitable Building,    Des Moines, IA 50309
13858973*      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
13858979       ##philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Aug 17, 2017
                              Form ID: pdf900              Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Tiffany C Overton-West dmo160west@gmail.com,
               davidoffenecf@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U S Bank National Association
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                        :        Chapter 13

TIFFANY C. OVERTON-WEST

    Debtor(s)
                                             :        Bankruptcy No. 17-10676AMC

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 16th day of August 2017 consideration of the plan submitted by the debtor under Chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that
    A.  a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;
    B.  the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provision of title 11 U.S.C.;
    C.  any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;
    D.  the plan has been proposed in good faith and not by any means forbidden by law;
    E.  the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under chapter 7 of title 11 on such date;
    F.  with respect to each allowed secured claim provided for by the plan-
        (1) the holder of such claim has accepted the plan;
        (2) (a)  the plan provides that the holder of such claim retain the lien securing such claim, and
            (b)  the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claims is not less than the allowed amount of such claim; or
        (3) the debtor has agreed to surrender or has surrendered the property securing such claim to such holder of the claim; and
    G.  the debtor will be able to make all payments under the plan and to comply with the plan;
WHEREFORE, it is ORDERED:
    1.  that the plan is CONFIRMED
    2.  that pursuant to 11 U.S.C. 1327 the provisions of the confirmed plan bind the debtor and each of the creditors of the debtor, whether or not the claim of such creditor is provided for by the plan, and whether or not said creditor has objected to, has accepted or has rejected the plan; and
    3.  that all property of the estate, including any income, earnings, other property which may become a part of the estate during the administration of the case which property is not proposed, or reasonably contemplated, to be distributable to claimants under the plan shall revest in the debtor(s); provided, however, that no property received by the trustee for the purpose of distribution under the plan shall revest in the debtor except to the extent that such property may be in excess of the amount needed to pay in full all allowed claims as provided in the plan.

                                                                       Honorable Ashely M. Chan
                                                                       United States Bankruptcy Judge