```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                          Case No. 17-10676-amc
Tiffany C Overton-West                                          Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Antoinett         Page 1 of 2         Date Rcvd: Apr 30, 2019
                             Form ID: pdf900        Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.

```
db           +Tiffany C Overton-West,    236 Laurel Road,    Sharon Hill, PA 19079-1324
13858967     +1stprogress/1stequity/,    Po Box 84010,    Columbus, GA 31908-4010
13858968      Aes/efs Finance Co,    900 Equitable Building,    Des Moines, IA 50309
13858970      Aqua PA,    762 West Lancaster Avenue,    Bryn Mawr, PA 19010-3489
13858971      Aqua Pennsylvania,    762 W. Lancaster Avenue,    Bryn Mawr, PA 19010-3489
13858974     +Capital One Auto Finance,    Attn: Bankruptcy Dept,    Po Box 30258,
               Salt Lake City, UT 84130-0258
14171527      Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
13858975     +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14028727     +PHEAA,   PO Box 8147,    Harrisburg PA 17105-8147
13858979      philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: megan.harper@phila.gov May 01 2019 02:48:35     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 01 2019 02:48:17
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 01 2019 02:48:33     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: acg.acg.ebn@americaninfosource.com May 01 2019 02:52:40
               Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX  77210-4360
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 01 2019 02:52:25
               Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
               P.O. Box 165028,    Irving, TX  75016,    UNITED STATES 75016-5028
cr           +E-mail/PDF: gecsedi@recoverycorp.com May 01 2019 02:52:53     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13858972     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 01 2019 02:52:54     Capital One,
               Po Box 30285,    Salt Lake City, UT 84130-0285
13862105     +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 01 2019 02:52:39
               Capital One Auto Finance,    c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Avenue,
               Dept. APS,    Oklahoma City, OK 73118-7901
13862110     +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 01 2019 02:52:39
               Capital One Auto Finance, a division of Capital On,    P.O. Box 165028,    Irving, TX 75016-5028
13858977     +E-mail/Text: bankruptcygroup@peco-energy.com May 01 2019 02:48:13     PECO,
               2301 Market Street,    Philadelphia, PA 19103-1380
13879243     +E-mail/Text: bankruptcygroup@peco-energy.com May 01 2019 02:48:13     PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13930410      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2019 02:52:25
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13869962     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2019 02:52:25
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13858976     +E-mail/Text: blegal@phfa.org May 01 2019 02:48:28     Pa Housing Finance Age,    Po Box 8029,
               Harrisburg, PA 17105-8029
13858978     +E-mail/Text: bankruptcygroup@peco-energy.com May 01 2019 02:48:13     Peco Energy,
               2301 Market Street,    Philadelphia, PA 19103-1380
13930469     +E-mail/Text: blegal@phfa.org May 01 2019 02:48:28     Pennsylvania Housing Finance Agency,
               211 North Front Street,    Harrisburg, PA 17101-1406
13859415     +E-mail/Text: bankruptcy@philapark.org May 01 2019 02:48:46     Philadelphia Parking Authority,
               701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13858980     +E-mail/Text: consumerlending@sunfcu.org May 01 2019 02:48:32     Sun Federal Credit Uni,
               1627 Holland Rd,    Maumee, OH 43537-1622
13858981     +E-mail/Text: bankruptcydepartment@tsico.com May 01 2019 02:48:45     Transworld Systems Inc,
               Po Box 15618,    Wilmingotn, DE 19850-5618
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN  55116-0408
13858969*     Aes/efs Finance Co,    900 Equitable Building,    Des Moines, IA 50309
13858973*    +Capital One,   Po Box 30285,    Salt Lake City, UT 84130-0285
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Antoinett            Page 2 of 2             Date Rcvd: Apr 30, 2019
                              Form ID: pdf900            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Tiffany C Overton-West dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY). lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U S Bank National Association
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIFFANY C OVERTON-WEST          Chapter 13

        Debtor         Bankruptcy No. 17-10676-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

    **AND NOW**, this __30th__ day of __April__, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
TIFFANY C OVERTON-WEST

236 LAUREL ROAD

SHARON HILL, PA 19079